# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

### 1:16-cv-04236-WMR
### Toland et al v. The Phoenix Insurance Company et al
### Honorable William M Ray, II

Minute Sheet for proceedings held In Open Court on 03/18/2019.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | COURT REPORTER: Wynette Blathers |
| TIME COURT CONCLUDED: 10:30 A.M. | CSO/DUSM: Rickey Meadows |
| TIME IN COURT: 1:00 | DEPUTY CLERK: Jennifer Lee |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jason Coffman representing Lance Toland<br>Mary Jasperse representing The Phoenix Insurance Company<br>Karen Karabinos representing The Phoenix Insurance Company |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [44]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Defendant presented argument on its Motion for Summary Judgment. Plaintiff countered and Defendant rebutted. The Court will GRANT the motion as it pertains to attorneys' fees and punitive damages claim. Counsel for Defendant is directed to submit a proposed order within 7 days as it relates to these issues. The Court will consider the rest of the motion further before issuing its ruling. Hearing adjourned. |
| HEARING STATUS: | Hearing Concluded |