# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LANCE TOLAND, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: |
| | ) 1:16-cv- 04236-WMR |
| THE PHOENIX INSURANCE | ) |
| COMPANY, | ) |
|     Defendant. | ) |

## DEFENDANT'S MOTION FOR SANCTIONS

COMES NOW, The Phoenix Insurance Company ("Phoenix"), Defendant in the above-styled action, and without waiving any rights or defenses pursuant to F.R.C.P. 41(b) and 37, and requests the imposition of sanctions on Plaintiff under F.R.C.P. 37 in the form of the exclusion of Doc. 100, Doc. 100-1, Doc. 1-2, Doc. 100-3, Doc. 100-4, Doc. 100-5, Doc. 100-6, Doc. 100-7, Doc. 100-8, Doc. 100-9, Doc. 100-10 and Doc. 100-11 from use as evidence at trial. In support of its Motion, Phoenix relies upon the following:

1. Exhibit A, Phoenix's First Requests for Production of Documents to Plaintiff, dated February 16, 2017;

2. Exhibit B, Plaintiff's Responses to Plaintiff's First Requests for Production of Documents;

3. Exhibit C, Affidavit of Karen K. Karabinos;

4. All documents and pleadings filed in the above-styled action at the time this Motion is filed;

Respectfully submitted this 24th day of January, 2020.

                        DREW, ECKL & FARNHAM, LLP

                        */s/ Karen K. Karabinos*
                        Georgia Bar No. 423906

                        */s/ Mary Alice L. Jasperse*
                        Georgia Bar No. 971077
                        *Counsel for Defendant Phoenix*

303 Peachtree Street, NE
Suite 3500
Atlanta, GA 30308
Phone: (404) 885-1400
karabinosk@deflaw.com
jaspersem@deflaw.com

Counsel for Defendant certifies that this pleading complies with Local Rule 5.1. The type is Times New Roman, 14 point.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed **DEFENDANT'S MOTION FOR SANCTIONS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

> Jason H. Coffman
> 3280 Peachtree Road, NE
> Suite 700
> Atlanta, GA 30305

This 24th day of January, 2020.

> */s/ Mary Alice L. Jasperse*
> Georgia Bar No. 971077
> *Counsel for Defendant Phoenix*

303 Peachtree Street, NE
Suite 3500
Atlanta, GA  30308
Phone: (404) 885-1400
jaspersem@deflaw.com